FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 APR 22  PM 1: 34

LORETTA G. WHYTE
         CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARRYLL DENOMES | CIVIL ACTION |
| VERSUS | NO. 01-3201 |
| BURL CAIN, WARDEN, ET AL | SECTION "D"(2) |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on April 16, 2002 hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein. Therefore,

IT IS ORDERED that the petition of Darryll Denomes for issuance of a writ of habeas corpus under 28 U.S.C. §2254 be **DENIED** as untimely filed..

New Orleans, Louisiana, this _20_ day of April, 2002.

DATE OF ENTRY
APR 2 2 2002

_____
UNITED STATES DISTRICT JUDGE